IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                               **Case No. 11-40047-11-RDR**

LUISA MOTA-HERNANDEZ,

        Defendant.

_____


**O R D E R**

    This matter is presently before the court upon defendant Luisa Mota-Hernandez' motion to file motions out of time. The defendant notes that the government does not object to this motion.

    The deadline for filing pretrial motions in this case at the time that the defendant filed the instant motion was October 31, 2011. The defendant filed this motion on November 1, 2011 and included three pretrial motions that he sought to file out of time. Since the filing of the defendant's motion, the court extended the deadline for filing pretrial motions to December 9, 2011.

    For good cause shown, the court shall grant the defendant's motion. The court shall consider the motions filed by the defendant on November 1, 2011 as timely filed.

    **IT IS THEREFORE ORDERED** that defendant's motion to file motions out of time (Doc. # 257) be hereby granted. The pretrial motions filed by the defendant on November 1, 2011 shall be considered as timely filed.

**IT IS SO ORDERED.**

Dated this 15th day of December, 2011 at Topeka, Kansas.

s/Richard D. Rogers
United States District Judge