IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 11-CR-40047 – 10 - RDR |
| | ) | |
| Lorena Monica Ortiz | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE
CHANGE OF PLEA HEARING**

NOW on this 10th day of January, 2012, the above matter comes before the Court upon motion of defendant Lorena Ortiz seeking a continuance of the change of plea hearing in the above-captioned matter. (Document No._306). All parties appear by their attorneys of record. There are no other appearances.

After reviewing the motion, being fully advised in the premises, and seeing no objections, finds for the reasons stated in the motion, that there is good cause shown as to why the change of plea hearing should be continued.

IT IS THEREFORE BY THE COURT ORDERED that the change of plea hearing be scheduled for January 27, 2012 at 11:00 a.m.

IT IS SO ORDERED.

                                              s/Richard D. Rogers
                                              United States District Judge